FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2021

No. 04-21-00196-CR

Ricky Maurice **RICHARDSON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5898
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was originally due on June 14, 2021. On August 9, 2021, Ms. Tonya Thompson filed a Notification of Late Record stating: (1) appellant failed to pay or make arrangements to pay the fee for preparing the record and appellant is not entitled to appeal without paying the fee and (2) "Defense Counsel said [appellant] no longer wanted to appeal and [the] record was no longer needed, hence, no payment [sic] for transcript preparation [sic]."

Appellant is represented on appeal by Ms. Stefanie Collins. Ms. Collins is hereby ORDERED to file in this court, **no later than August 20, 2021**, either (1) a motion to dismiss this appeal that fully complies with Texas Rule of Appellate Procedure 42.2(a) or (2) if appellant wishes to continue his appeal, written proof to this court that either (a) Ms. Thompson's fee has been paid or arrangements have been made to pay the fee, or (b) appellant is entitled to appeal without paying the fee.

If Ms. Collins fails to respond by **August 20, 2021**, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2021.



MICHAEL A. CRUZ, Clerk of Court